UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RONALD E. DULA, | : | Case No. 1:18-cv-620 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| HAMILTON COUNTY | : | |
| PROSECUTOR'S OFFICE, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 4) AND
TERMINATING THIS CASE IN THIS COURT**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on September 7, 2018, submitted a Report and Recommendation. (Doc. 4). Plaintiff filed a timely objection on September 11, 2018 (the "Objection"). (Doc. 5).[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo*

---

[1] After reviewing the Report and Recommendation, Plaintiff's Objection, and the case record, the Court determines that Plaintiff's Objection is not well-taken. In his Objection, Plaintiff does not identify any errors in the Report and Recommendation, but instead requests that the Court reconsider his complaint "due to his status [as] a 'Hiphopa'." (Doc. 5 at 3). The Court has considered the complaint (Doc. 3) and agrees with the Magistrate Judge that "Plaintiff's allegations are insufficient to state a claim with an arguable basis in law over which this federal Court has subject matter jurisdiction." (Doc. 4 at 3).

all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that Plaintiff's Objection (Doc. 5) should be and is hereby **OVERRULED**, and the Report and Recommendation (Doc. 4) should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above:

1) Plaintiff's complaint (Doc. 3) is **DISMISSED** with prejudice;

2) The Court certifies that, pursuant to 28 U.S.C. § 1915(a), an appeal of this Order would not be taken in good faith and therefore Plaintiff is denied leave to appeal *in forma pauperis*. Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals; and

3) The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED.**

Date: 10/24/18

Timothy S. Black
United States District Judge