# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

**Ronald E. Dula,**
    **Plaintiff,**

-vs-                                            Case No. 1:18-CV-620

**Hamilton County Prosecutors Office et al,**
    **Defendant.**

## JUDGMENT IN A CIVIL CASE

| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

That the Report and recommendation (Doc. 4) is hereby adopted and the plaintiff's complaint (Doc. 3) is DISMISSED with prejudice. This case is hereby terminated from the docket from this court.

Date: October 24, 2018                            Richard W. Nagel, CLERK

                                                                          By:s/Benjamin J. Codispoti
                                                                          Benjamin J. Codispoti, Deputy Clerk